Ed. Schuster & Co., Inc., v. United States

No. 4999.—Invoices dated Gablonz, Czechoslovakia, March 3, 26, 1938.
Certified March 4, 28, 1938.
Entered at Milwaukee, Wis., April 16, 23, 1938.
Entry Nos. 1068, 1082.

(Decided September 16, 1940)

*G. W. R. Wallace (Barnes, Richardson & Colburn, Joseph Schwartz* of counsel) for the plaintiff.

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard H. Welsh,* special attorney), for the defendant.

Keefe, Judge: These appeals for reappraisement involve the dutiable value of certain wooden beaded bags imported from Czechoslovakia. The appraiser approved the unit values, less 2 per centum discount, and added 10 per centum for commission. The importer contends that the commission is not a part of the value of the merchandise.

At the trial counsel for the Government conceded that the 10 per centum added by the appraiser was a buying commission and not a part of the dutiable value of the merchandise.

In view of the record before me I find the proper foreign value of the merchandise herein is the unit values as invoiced and entered, less 2 per centum discount, plus cases and packing. Judgment will be entered accordingly.